NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**U.S. RUBBER RECYCLING, INC.,**
*Plaintiff-Appellant,*

v.

**ECORE INTERNATIONAL, INC.,**
*Defendant-Appellee,*

Appeal from the United States District Court for the Central District of California in case no. 09-CV-9516, Judge S. James Otero.

---

2012-1166

---

## ON MOTION

---

## ORDER

Counsel of record moves without opposition to withdraw as counsel to U.S. Rubber Recycling, Inc.,

Upon consideration thereof,

It Is Ordered That:

(1) The motion is granted.

(2) U.S. Rubber Recycling, Inc. is ordered to find substitute counsel that would enter an appearance within 60 days of this order. The appellant's reply brief, if any, and the joint appendix are due within 60 days of the date of service of the appellee's brief.

FOR THE COURT

JUL 0 5 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Robert C. Nissen, Esq.
    Douglas Q. Hahn, Esq.
    Richard Snyder, U.S. Rubber

s26

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 0 5 2012

JAN HORBALY
CLERK